IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APRIL COBB, *on behalf of herself and all others similarly situated*,<br><br>      Plaintiff,<br><br>vs.<br><br>TESLA, INC., doing business as TESLA MOTORS, INC.,<br>      Defendant. | CIVIL ACTION<br><br>NO.  5:23-cv-03665-JMG |

## NOTICE OF DISMISSAL

TO THE CLERK:

  Kindly dismiss this action without prejudice pursuant to Rule 41(a)(1)(A)(i).[1]

Date:  12/19/2023

                */s/ Jody T. López-Jacobs*
                JODY T. LÓPEZ-JACOBS
                **Flitter Milz, P.C.**
                450 N. Narberth Avenue, Suite 101
                Narberth, PA 19072
                (P) (610) 668-0011
                (F) (610) 667-0552
                Email:  jlopez-jacobs@consumerslaw.com

                *Attorney for Plaintiff and the Putative Class*

---

[1]  Defendant has moved to dismiss for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1), arguing that Article III standing is lacking.  As such, Plaintiff dismisses the action without prejudice under Rule 41(a)(1), and will refile in the Philadelphia County Court of Common Pleas where jurisdiction is unlimited by the constraints of Article III.